■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON L. COHEN, Appellant.— Upon remission from the Court of Appeals, judgment of conviction as to counts four to nine affirmed. All concur. (Appeal from a judgment of Monroe County Court convicting defendant of the crime of grand larceny, first degree, under counts Third, Sixth and Ninth, and violation of subdivisions 1 and 2 of section 1202 of the Penal Law, as charged in counts First, Second, Fourth, Fifth, Seventh and Eighth of the indictment. (See 4 A D 2d 557, 5 A D 2d 958, revd. 5 N Y 2d 282.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.